**United States Bankruptcy Court**
**Middle District of Georgia**

IN RE:                                                                        Case No. 5:12-bk-50601
Harris, Korchita Y.                                                          Chapter 13
_____
Debtor(s)

## MODIFIED CHAPTER 13 PLAN BEFORE CONFIRMATION

COMES NOW, DEBTOR, who modifies her plan as follows:

1. Debtor authorizes the Chapter 13 Trustee to capture her 2012, 2013, and 2014 tax refunds in any amounts over $5,000.00 with a minimum refund amount of $2,000.00 to be paid in per year.

This represents the only modification to original plan.

Dated: 4/3/2012


/s/ Julius King                                         /s/ Korchita Harris  X Korchita Y. Harris
Julius King LLC                                        Debtor

433 Cherry Street, Ste. 17
Macon, GA 31201
478-745-8490
State Bar No. 420990

# United States Bankruptcy Court
## Middle District of Georgia

IN RE:                                            Case No. 12-50601
Harris, Korchita Y.                        Chapter 13
                 Debtor(s)

## NOTICE

DEBTOR HAS FILED PAPERS WITH THE COURT TO AMEND HIS OR HER MODIFIED CH. 13 PLAN.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

IF YOU HAVE LEGAL GROUNDS TO OPPOSE THIS MODIFIED PLAN, OR IF YOU WISH THE COURT TO CONSIDER YOUR VIEWS ON THE MODIFIED PLAN, YOU MUST FILE A WRITTEN REQUEST FOR A HEARING WITH THE CLERK OF THE BANKRUPTCY COURT.

ANY REQUEST FOR A HEARING MUST ALSO BE MAILED TO THE MOVING PARTY AND ALL OTHER PERSONS INDICATED IN THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

ANY OBJECTIONS WILL BE HEARD AT THE HEARING ON CONFIRMATION.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE MODIFIED PLAN.

THE HEARING ON CONFIRMATION IS SCHEDULED FOR 5/3/2012 AT 1:30 P. M. AT THE U. S. BANKRUPTCY COURT, COURTROOM A, 433 CHERRY STREET, MACON, GA 31201.

DATED: 4/3/2012                                                        /S/ JULIUS M. KING

                                                                                      JULIUS KING, LLC
                                                                                      ATTORNEY FOR DEBTOR
                                                                                      433 CHERRY STREET, STE. 17
                                                                                      MACON, GA   31201

END OF DOCUMENT

# United States Bankruptcy Court
## Middle District of Georgia

IN RE:

Harris, Korchita Y.

Debtor(s)

Case No. **12-50601**

Chapter **13**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Modified Ch. 13 Plan**
**Notice**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this __3rd__ day of __April__, __2012__.

Julius King 420990
Julius King, Attorney at Law
433 Cherry Street, Ste. 17
Macon, GA 31201
(478) 745-8490
attorneyjuliusking@yahoo.com

American Honda Finance
P.O. Box 1027
Alpharetta, GA 30009

Ashwood Financial Inc
6319 S East St Ste A
Indianapolis, IN 46227

Camille Hope
Being Served Electronically
P.O. Box 954
Macon, GA 31202

Citimortgage Inc
P.O. Box 9438
Gaithersburg, MD 20898

Credit Bureau Associates
145 Executive Park
Milledgeville, GA 31061

Dealerfund
6120 Windward Parkway,
Alpharetta, GA 30005

First Franklin
1956 N. Columbia St.
Milledgeville, GA 31061

Hardwick
P O Box 851
Milledgeville, GA 31061-0851

Lee Loans
P O Box 872
Milledgeville, GA 31061-0872

M&R Collection Agency
530 W. Thomas St. Ste. C
Millegeville, GA 31061

Southwest Credit System
5910 W Plano Pkwy Ste 10
Plano, TX 75093

U.S. Department of Education
P.O. Box 7202
Utica, NY 13504-7202

U.S. Department of Education
Po Box 7202
Utica, NY 13504-7202

Verizon
National Recovery P.o. Box 26055
Minneapolis, MN 55426

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only