# UNITED STATES BANKRUPTCY COURT

Middle District of Georgia

In re   Korchita Y. Harris                                   Case No. 12-50601-JPS
        *Debtor*                                             Chapter 13

## Notice of Mortgage Payment Change

If you filed a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to §1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9

**Court Claim No.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account: XXXXXX9369

**Date of Payment Change:**
Must be at least 21 days after date of this notice.   06/07/2015

**New total payment:**
Principal, interest, and escrow, if any   $588.72

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $90.85    **New escrow payment:** $59.83 (plus $19.89 as escrow shortage being collected over 12 months)

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a statement is not attached, explain why:

**Current interest rate:** _____%    **New interest rate:** _____%

**Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No.
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment:** $_____    **New mortgage payment:** $_____

## Part 4:  Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the creditor.    ☐ I am the creditor's authorized agent.
                        (Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**✗**   /s/ Delaycee Rowland                                Date:    April 27, 2015
        Signature

                                                            Title   Attorney for and on behalf of Selene Finance, LP
**Print:**   Delaycee Rowland, Bar #773359                          (as servicer for creditor)
             First Name    Middle Name    Last Name

Company      Shapiro, Swertfeger & Hasty, LLP

Address      2872 Woodcock Blvd., Suite 100
             Number           Street

             Atlanta, GA 30341-3941
             City                       State    ZIP Code

Contact phone   (770) 220-2535                              Email  drowland@logs.com

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| Korchita Y. Harris | * | CASE NO. 12-50601-JPS |
| | * | |
| | * | JUDGE James P. Smith, U.S. |
| | * | Bankruptcy Court-Macon |

**CERTIFICATE OF SERVICE**

      This is to certify that on the  27th  day of   April   , 2015, I served a copy of the within Notice of Mortgage Payment Change filed in this bankruptcy proceeding, on the Respondent by first-class mail addressed as follows:

    Korchita Y. Harris
    310 Kings Road
    Milledgeville, GA 31061

    Julius M. King
    Julius King, LLC
    433 Cherry Street
    Suite 17
    Macon, GA 31201

    Camille Hope
    Office of the Chapter 13 Trustee
    P.O. Box 954
    Macon, GA 31202

    Shapiro, Swertfeger & Hasty, LLP

    /s/ Delaycee Rowland

    Delaycee Rowland
    Georgia Bar No. 773359
    drowland@logs.com
    2872 Woodcock Blvd.
    Suite 100
    Atlanta, GA 30341-3941
    (770) 220-2535



SELENE® FINANCE
9990 Richmond, Suite 400 South
Houston, TX 77042-4546

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

DATE: April 8, 2015

KORCHITA Y HARRIS
310 KINGS RD SE
MILLEDGEVILLE GA 31061-9554

|  | Previous Payment | New Payment Effective 06/07/15 |
|---|---|---|
| PRINCIPAL AND INTEREST | $509.00 | 509.00 |
| ESCROW | $90.85 | 59.83 |
| SHORTAGE SPREAD | $0.00 | 19.89 |
| TOTAL PAYMENT | $599.85 | 588.72 |

**CUSTOMER SERVICE  877-735-3637**

## COMING YEAR ESCROW PROJECTION

The purpose of the Coming Year Escrow Projection is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year. The purpose of the Low Balance Summary is to compare the projected and allowable low point amounts. If the projected low point is greater than the allowable low point (*), there is a surplus. If the surplus is $50.00 or greater, it will be automatically refunded to you. If the surplus is less than $50.00, we have lowered your payment accordingly. If the projected low point is less than the allowable low point(*), there is a shortage and/or deficiency which will be recovered by an adjustment to your monthly payment over a specified number of months. The adjustment amount(s) appears in the Low Balance Summary and New Payment Information.

| ANTICIPATED ESCROW DISBURSEMENT | | MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|---|---|
| HAZARD INS | 718.00 | | | BEGINNING BALANCE | | 180.14 | 418.85 |
| | | 06/15 | 59.83 | | .00 | 239.97 | 478.68 |
| | | 07/15 | 59.83 | | .00 | 299.80 | 538.51 |
| | | 08/15 | 59.83 | | .00 | 359.63 | 598.34 |
| | | 09/15 | 59.83 | | .00 | 419.46 | 658.17 |
| | | 10/15 | 59.83 | | .00 | 479.29 | 718.00 |
| TOTAL DISBURSEMENTS DIVIDED BY 12 MONTHS | 718.00 | 11/15 | 59.83 | | .00 | 539.12 | 777.83 |
| | | 12/15 | 59.83 | HOME INS | 718.00 | -119.05 | 119.66 * |
| MONTHLY ESCROW DEPOSIT | 59.83 | 01/16 | 59.83 | | .00 | -59.22 | 179.49 |
| | | 02/16 | 59.83 | | .00 | .61 | 239.32 |
| | | 03/16 | 59.83 | | .00 | 60.44 | 299.15 |
| LOW BALANCE SUMMARY | | 04/16 | 59.83 | | .00 | 120.27 | 358.98 |
| | | 05/16 | 59.83 | | .00 | 180.10 | 418.81 |
| PROJECTED LOW POINT | -119.05 | TOTAL | 717.96 | | 718.00 | | |
| ALLOWABLE LOW POINT | 119.66 | | | | | | |
| SHORTAGE | 238.71 | | | | | | |
| ESCROW ADJUSTMENT FOR 12 MONTHS | 19.89 | | | | | | |

**The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.**

## IMPORTANT MESSAGES

PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

---

PLEASE RETURN LOWER PORTION WITH YOUR PAYMENT AND KEEP THE TOP PORTION FOR YOUR RECORDS
**INTERNET REPRINT**

## ESCROW SHORTAGE REPLY

This is not a bill for the shortage amount. You are not required to pay this shortage in one payment. The total shortage amount is automatically divided by 12 and included in your monthly payment.

You can reduce your monthly payment by **$19.89** per payment if you pay the total shortage in full immediately. Simply send your check for **$238.71** along with this coupon.

**SELENE® FINANCE**

KORCHITA Y HARRIS

SELENE FINANCE
PO BOX 421639
HOUSTON TX 77242-1639

| LOAN NUMBER |
|---|
| |
| **SHORTAGE AMOUNT** |
| **$238.71** |

# ESCROW ACCOUNT HISTORY

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.

- An asterisk (*) indicates a difference from the projected activity in either the amount or date.

- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

- Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received earlier OR later than expected
- Monthly payment(s) received were less than OR greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | DISBURSEMENTS FROM ESCROW PROJECTED | DISBURSEMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | BEGINNING BALANCE | 163.97 | -290.48 |
| 02/15 | 54.67 | 90.85* |  |  |  | 218.64 | -199.63< |
| 03/15 | 54.67 | * |  |  |  | 273.31 | -199.63 |
| 04/15 | 54.67 | 307.54* E |  | E |  | 327.98 | 107.91 |
| 05/15 | 54.67 | 72.23* E |  | E |  | 382.65 | 180.14 |
| 06/15 | 54.67 | * |  |  |  | 437.32 | 180.14 |
| 07/15 | 54.67 | * |  |  |  | 491.99 | 180.14 |
| 08/15 | 54.67 | * |  |  |  | 546.66 | 180.14 |
| 09/15 | 54.67 | * |  |  |  | 601.33 | 180.14 |
| 10/15 | 54.67 | * |  |  |  | 656.00 | 180.14 |
| 11/15 | 54.67 | * |  |  |  | 710.67 | 180.14 |
| 12/15 | 54.67 | * | 656.00 | * | HOME INS | 109.34< | 180.14 |
| 01/16 | 54.67 | * |  |  |  | 164.01 | 180.14 |

Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed $109.34 or 1/6th of the total anticipated annual disbursement from your escrow account, unless your mortgage documents or state law specifies a lower amount. When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount. Under the Mortgage Contract or State or Federal Law, the targeted low point in your escrow account is $109.34 and the actual low point balance was -$199.63; the amount is indicated with an arrow (<).