

**SO ORDERED.**

**SIGNED this 4 day of May, 2015.**

_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KORCHITA Y. HARRIS | : | |
| | : | CASE NO. 12-50601-JPS |
| 310 KINGS ROAD | : | |
| MILLEDGEVILLE, GA  31061-9554 | : | ATTORNEY: Julius M. King, LLC |
| | : | |

### ORDER

It appearing to the Court that the Chapter 13 trustee has filed a motion to dismiss the above-referenced case on the grounds of default, and that the debtor's plan will not complete within the time allowed by the Court. The trustee's motion having come before the Court on April 29, 2015, at which time the trustee announced an agreement was reached by all parties; it is here

**ORDERED** that debtor('s) Chapter13 plan payment shall be increased to $750.00 MONTHLY, beginning with the May 2015 payment, to assure that the Trustee receives sufficient funds each month to cover the cost of administration as well as completing the plan within 60 months from the date of confirmation.

END OF DOCUMENT

Prepared By:
Camille Hope, Trustee